**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __1st__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jonathan D Scroggins     JOINT DEBTOR: ____     CASE NO.: 13-19413
Last Four Digits of SS# xxx-xx-1300     Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ __1,433.99__ for months __1__ to __60__ ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00  TOTAL PAID $ 1,000.00
Balance Due $ 2,650.00  payable $ 168.00  /month (Months 1 to 15)
                                  130.00                        16    16

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Nationstar Mortgage, LLC     Arrearage on Petition Date  $ 6,000.00
                                                          10.00    (Months 1 to 15)
                                                          48.00    (Months 16 to 16)
Address: ____            Arrears Payment  $ 131.87  /month  (Months 17 to 60)
Account No: ____         Regular Payment  $ 1,125.62 /month  (Months 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
__-NONE-__     Total Due  $ ____
               Payable   $ ____ /month  (Months __ to __)  Regular Payment $ ____

Unsecured Creditors: Pay $ 46.13 /month (Months 17 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
Ally Financial - 2011 GMC Acadia Lease
VIN# 1GKKRTED4BJ258244
**Assumed Contracts and/or Leases**
-NONE-

Special Intentions:
Ally Financial: Debtor is surrendering the Property to Creditor, 2011 GMC Acadia Lease, VIN# 1GKKRTED4BJ258244

Debtor shall provide copies of yearly income tax returns to the Trustee, upon request, no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed secured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ JONATHAN SCOGGINS
Jonathan D Scroggins
Debtor

Date: June 12, 2013