IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

JONATHAN D SCROGGINS

CASE NO. 13-19413-PGH
CHAPTER 13

Debtor(s)

_____/

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

NATIONSTAR MORTGAGE, LLC, (hereinafter "Creditor") by and through its undersigned attorney, and pursuant to 11 U.S.C. §1325 files this objection to confirmation of Debtor's Chapter 13 Plan. The Court should deny confirmation as the Plan does not meet the requirements imposed by Bankruptcy Law for confirmation for the following reasons:

1. On April 30, 2013, Debtor(s) filed the Chapter 13 Plan.

2. The proposed treatment of Creditor's claim in the Plan does not conform to the secured proof of claim (16) filed by Creditor as it fails to provide for the correct amount of pre-petition arrearages. The Plan provides for $6000.00 in arrears; the actual total amount of arrears due is $8676.13.

3. The proposed treatment of Creditor's claim in the Plan does not conform with the secured proof of claim filed by Creditor as it fails to accurately state the total secured claim. The actual total secured is $210,191.67.

4. The requested hearing time is fifteen (15) minutes.

WHEREFORE, Creditor objects to the confirmation of the Chapter 13 plan and requests an order sustaining Creditor's objection together with such other relief as this Court deems just and proper.

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, UNDER SPECIAL RULES GOVERNING THE ADMISSION AND PRACTICE OF ATTORNEYS IN THE DISTRICT COURT; AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1 (A) (10) (2).

/s / Kevin A. Comer
Law Offices of Daniel C. Consuegra, P.L.
Kevin A. Comer/Florida Bar #55553
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Objection to Conformation of Chapter 13 Plan with attachments has been served either by electronic or standard first class mail this 4th day of October, 2013 to JONATHAN D SCROGGINS, 951 WOODLAND AVE, WEST PALM BEACH, FL 33415; SEAN KOPLOW, ESQUIRE, 6801 LAKE WORTH RD #315, LAKE WORTH, FL 33467; AND UNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130.

/s/ Kevin A. Comer
Kevin A. Comer, Esquire