**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 4th Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | Jonathan D Scroggins | JOINT DEBTOR: | | CASE NO.: | 13-19413 |
|---|---|---|---|---|---|
| Last Four Digits of SS# | xxx-xx-1300 | Last Four Digits of SS# | | | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 779.31 for months 1 to 22 ;
B. $ 1,897.28 for months 23 to 60 ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,200.00    TOTAL PAID $ 1,000.00
Balance Due    $ 4,200.00 payable $ 155.68 /month (Months 1 to 22)
                                    193.76                      23    26

$3,500.00 attorney fee, $150.00 in fees, $500.00 Motion to modify(3x), $25.00 in fees(2x)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Nationstar Mortgage, LLC    Arrearage on Petition Date  $ 8,676.13
Address: Attn: Bankruptcy Dept, 350 Highland Drive Lewisville, TX 75067
                                                        8.18        (Months 1 to 22)
                                                        90.44      (Months 23 to 26)
Arrears Payment $ 239.25 /month    (Months 20 to 60)
                                                        585.03    (Months 1 to 22)
Account No: #0523 (POC #16)    Regular Payment $ 1,430.60 /month (Months 23 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-    Total Due    $ _____
          Payable      $ _____ /month    (Months __ to __)    Regular Payment $ _____

Unsecured Creditors: Pay $ 4.93 /month (Months 1 to 22).
                     Pay $ 10.00 /month (Months 21 to 26).
                     Pay $ 54.95 /month (Months 27 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
Ally Financial - 2011 GMC Acadia Lease
VIN# 1GKKRTED4BJ258244
**Assumed Contracts and/or Leases**
-NONE-

Special Intentions:
Ally Financial: Debtor is surrendering the Property to Creditor, 2011 GMC Acadia Lease, VIN# 1GKKRTED4BJ258244

Debtor shall provide copies of yearly income tax returns to the Trustee, upon request, no later than May 15th during the pendency of

LF-31 (rev. 01/08/10)

the Chapter 13 case.  In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed secured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ JONATHAN SCOGGINS
Jonathan D Scroggins
Debtor

Date:   February 3, 2015