<u>UNITED STATES BANKRUPTCY COURT</u>
<u>SOUTHERN DISTRICT OF FLORIDA</u>
www.flsuscourts.gov

IN RE:

**JONATHAN SCROGGINS**                    CASE# 13-19413-PGH

CHAPTER 13

      Debtor.
_____/

### <u>DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN</u>

COMES NOW the Debtor(s), **JONATHAN SCROGGINS,** by and through undersigned counsel, and respectfully requests a modification of the Chapter 13 Plan, pursuant to 11 U.S.C. Section 1329, and as grounds would show as follows:

1. The Debtor(s) request of this Court to file a modified Chapter 13 Plan.
2. The Debtor(s) is/are asking this Court to allow the modified plan, Debto**r, JONATHAN SCROGGINS, w**ishes to remove the secured creditor, NATIONSTAR from the plan and pay the plan off.
3. Debtor(s) is/are current with all payments under the proposed modified Chapter 13 plan.

WHEREFORE the Debtors respectfully request that this Court grant their request to file a modified Chapter 13 plan and any other relief this Court deems just and proper.

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 910(D and (2)

      I HEREBY CERTIFY that a true and correct copy of the foregoing by U.S. Mail to Robin Weiner, Trustee, P.O. Box 559007, Ft Lauderdale, FL 33355-9007, and all those on creditor mailing matrix, this 7th day of February 2017.

      SEAN I. KOPLOW, PA
6481 Lake Worth Road
Suite 204
Lake Worth, FL 33467
(561) 642-3000   Office
(561) 965-4966   Fax

/s/ SEAN I. KOPLOW
_____
Sean I. Koplow
FL Bar No. 0463205