**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ 11TH Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jonathan D Scroggins    JOINT DEBTOR: _____    CASE NO.: 13-19413

Last Four Digits of SS# xxx-xx-1300    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 876.99 for months 1 to 46 ;
B. $ 922.02 for months 47 to 49 ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 6,775.00    TOTAL PAID $ 1,000.00
Balance Due $ 5,775.00 payable $ 105.00    /month    (Months 1 to 46 )
472.50    47    48

$3,500.00 attorney fee, $150.00 in fees, $500.00 Motion to modify(6X), $25.00 in costs (5x)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Nationstar Mortgage, LLC    Arrearage on Petition Date $ 8,676.13

Address: Attn: Bankruptcy Dept, 350 Highland Drive Lewisville, TX 75067    Arrears Payment $ 52.33 /month    (Months 1 _ to 46)

Account No: #0523 (POC #16)    Regular Payment $ 682.32 /month    (Months 1 _ to 46 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
-NONE-    Total Due $ _____
Payable $ _____ /month    (Months _ to _ )    Regular Payment $ _____

Unsecured Creditors: Pay $ 9.68/month (Months 1 to 46 ).
Pay $ 365.70 /month (Months 47 to 48 ).
Pay $ 838.20 month (Months 49 to 49 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
Ally Financial - 2011 GMC Acadia Lease
VIN# 1GKKRTED4BJ258244
**Assumed Contracts and/or Leases**
-NONE-

Special Intentions:
Ally Financial: Debtor is surrendering the Property to Creditor, 2011 GMC Acadia Lease, VIN# 1GKKRTED4BJ258244

Debtor shall provide copies of yearly income tax returns to the Trustee, upon request, no later than May 15th during the pendency of

LF-31 (rev. 01/08/10)

the Chapter 13 case.  In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed secured claims.

Nationstar Mortgage to be removed from the Chapter 13 Bankruptcy after month 46.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ JONATHAN SCOGGINS
Jonathan D Scroggins
Debtor

Date:   January 30, 2017

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                                                  Best Case Bankruptcy